[No. 9645–1–I.   Division One.   June 14, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL MARTIN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02335–3, Francis E. Holman, J., entered November 10, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by James and Swanson, JJ.

[No. 9975–2–I.   Division One.   June 14, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH JEAN STRATTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–05190–5, Robert E. Dixon, J., entered January 29, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Callow, J.

[No. 5069–2–II.   Division Two.   June 15, 1982.]

*In the Matter of the Welfare of* PATRICK E. VOLK.

Appeal from a judgment of the Superior Court for Pierce County, No. 794721, Rosanne Buckner, J. Pro Tem., entered September 16, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.